UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAULE GREEN,

        Plaintiff,

vs.

Case No. 16-10093
HON. GEORGE CARAM STEEH
MAG. JUDGE PATRICIA MORRIS

CAROLYN COLVIN,
Commissioner of Social Security,

        Defendant.

_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION (DOC. 20)

    This matter is before the Court on the parties cross-motions for summary judgment as to plaintiff Paule Green's claim for judicial review of defendant Carolyn Colvin's decision denying plaintiff's claims for a period of disability and supplemental security income. On December 21, 2016, Magistrate Judge Morris issued a report and recommendation recommending that plaintiff's motion be granted, that defendant's motion be denied, and that the case be remanded for further consideration under sentence four of 42 U.S.C. § 405(g).

    The Court has reviewed the file, record, and magistrate judge's report and recommendation. Objections to that report have not been filed within

- 2 -

the established time period.  The Court accepts the report and recommendation.

Accordingly, IT IS HEREBY ORDERED that the magistrate's report and recommendation is accepted.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment is GRANTED.

IT IS FURTHER ORDERED that defendant's motion for summary judgment is DENIED.

IT IS FURTHER ORDERED that this case be remanded for further consideration under sentence four of 42 U.S.C. § 405(g).

Dated:  January 23, 2017

>    s/George Caram Steeh
>    GEORGE CARAM STEEH
>    UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on January 23, 2017, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk